UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID C. DARCHUK,

        Plaintiff,        NO. CIV. S-05-2390 WBS GGH

v.                   ORDER RESETTING STATUS
                    (PRETRIAL SCHEDULING) CONFERENCE

RODERICK HICKMAN, G. KEVIN CAMUTH, WALTER ALLEN II, YVETTE MARC-AURELE, STEVE KRUSE AND DOES 1-10,

        Defendants.

----oo0oo----

        Plaintiff's status report indicates that he intends to file an amended complaint and serve defendants at that time.  The Status Conference set for February 17, 2006 is therefore continued to March 31, 2006 at 9:00 a.m. in Courtroom No. 5.

        IT IS SO ORDERED.

DATED:  February 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE