```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

DAVID C. DARCHUK,

          Plaintiff,

     v.                              NO. CIV. 2:05-2390 WBS JFM

RODERICK HICKMAN, G. KEVIN
CAMUTH, WALTER ALLEN II,
YVETTE MARC-AURELE, STEVE
KRUSE, JACK KARVER and
DOES 1-10,

          Defendants.

                           ----oo0oo----
```

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for March 31, 2006, and makes the following order.

Upon the joint request of all parties, this actions is stayed pending the outcome of the administrative hearing currently set before the California State Personnel Board.

The clerk is hereby directed to close this case administratively pending the conclusion of the arbitration proceeding.  As soon as the arbitration proceeding is concluded,
///

1 counsel shall so notify the court in writing and shall arrange to
2 have the matter restored to the court's calendar for a status
3 conference.
4          IT IS SO ORDERED.
5 Dated:  March 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE